IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-02554-LTB-KLM

HELEN FLORIO-FAMIANO,

    Plaintiff,

v.

MICHAEL PICKLE; and
ROCHE DIAGNOSTICS CORPORATION,

    Defendants.
_____

ORDER
_____

    This case is before me on Defendants' Motion to Dismiss for Lack of Personal Jurisdiction [Doc # 3]. By this motion, Defendants argue that the Court lacks personal jurisdiction over them because they are not residents of Colorado and because the automobile accident upon which Plaintiff's negligence claims are based occurred in Nebraska.

    Defendant's motion was filed on January 18, 2008. Plaintiff has failed to timely respond to Defendants' motion, D.C.Colo.LCivR. 7.1(c), but alleges in her complaint that she is a resident of Colorado and is being treated in Colorado for her injuries. These allegations are insufficient to satisfy the requirements of Colorado's long-arm statute, C.R.S. § 13-1-124. In particular, jurisdiction over a nonresident under Section 13-1-124(1)(b) based on the commission of a tortious act within Colorado requires that either the tortious conduct or the resulting injury occur within the state. *McAvoy v. District Court,* 757 P.2d 633, 635-6 (Colo. 1988). Since both Defendants' alleged tortious conduct and Plaintiff's resulting injuries occurred in Nebraska, this Court does not have personal jurisdiction over the nonresident Defendants.

IT IS THEREFORE ORDERED as follows:

1. Defendants' Motion to Dismiss for Lack of Personal Jurisdiction [Doc # 3] is GRANTED;

2. Plaintiff's claims against Defendants are hereby DISMISSED WITH PREJUDICE; and

3. Defendants shall be awarded their costs.


Dated: March   6  , 2008, in Denver, Colorado.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                LEWIS T. BABCOCK, JUDGE