IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-02554-LTB-KLM

HELEN FLORIO-FAMIANO,

        Plaintiff,

v.

MICHAEL PICKLE; and
ROCHE DIAGNOSTICS CORPORATION,

        Defendants.
_____

ORDER
_____

Upon Plaintiff's Motion for Reconsideration re: Order on Motion to Dismiss/Lack of Jurisdiction (Doc 6) and Defendants' Response (Doc 9), it is

ORDERED that the Court's Order of March 6, 2008 (Doc 4) dismissing the case with prejudice is AMENDED to dismiss the action WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's Motion to Change Venue (Doc 7) is DENIED AS MOOT.

                                                    BY THE COURT:

                                                    s/Lewis T. Babcock
                                                    LEWIS T. BABCOCK, JUDGE

DATED: March 26, 2008